CV23-00397-PHX-SRB--JZB

FILED ✓   LODGED ___
RECEIVED ___  COPY ___

MAR 07 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United State District Court
Judge Roslyn Silver
401 W. Jefferson
Phoenix, Az 85003

Judge Roslyn Silver

I was a victim of a crime by Maricopa County Sheriff Officers (Collins) while I was in Jail. I was given a report number of (M403167) by M.C.S.O. Please see Attachment (A). The crime was on videotape with sound, yet they found the officers just guilty of unprofessional acts. Please see Attachment B) I have asked for a copy of the case and they won't give me a copy of it, this is why I want to be part of the case in which you held Sheriff Penzone in contempt of issues just like this. The M.C.S.O. took about 6 months to take care of this and during this time I was moved to 23½ hour lockdown and threaten and abuse by Officer Collins friends. They moved from cell to cell making sure I knew why. I ask for you to order Sheriff Penzone to give me a copy & explain their decision. I have other grievances that they have refused to give me a answer, their internal number IA22-1064) they are hiding what the M.C.S.O. did to me. I am now in prison now and one of the reasons was because I was tired of their abuse. Please allow me to join the suit.  Thank you, William Ellington

William 357555 AzDoc-110496
Box 3867 Unit 28-32
Douglas, Az 85607



# Maricopa County Sheriff's Office
Paul Penzone, Sheriff

Captain G. Lugo #1480
Professional Standards Bureau
Maricopa County Sheriff's Office
550 West Jackson Street
Phoenix, AZ 85003
Phone (602)876-5429
www.mcso.org

October 26, 2022

William Ellington
PO Box 3200
Florence, Arizona 85132
IA2022-0149

Dear William Ellington,

The Maricopa County Sheriff's Office Mission Statement is "Working together to safeguard our communities." Community feedback, concerns, and complaints regarding potential misconduct play an important role in accomplishing the Mission. Thank you for taking the time to provide information pertaining to your concerns of employee misconduct and your patience with the investigative process.

In accordance with MCSO Policy, GH-2, *Internal Investigations*, allegations are fully, fairly, impartially, and efficiently investigated with findings supported by the appropriate standard of proof. Upon investigation, it was determined the allegations a Detention Officer made threating statements to you, spoke to inmates who threatened you, and was bringing in pills to help inmates sleep, were not supported by fact. The findings are therefore Unfounded. Additionally, it was found the allegation a Detention Officer was unprofessional during an interaction with you, is supported by the preponderance of evidence and justifies a reasonable conclusion of a policy violation. The finding is therefore Sustained. The employee received a Written Reprimand.

If you would like additional information or have any questions, please do not hesitate to contact the Professional Standards Bureau via phone at 602-876-5429 or via email at ProfessionalStandardsBureau@mcso.maricopa.gov.

Sincerely,

Captain G. Lugo #1480
Professional Standards Bureau
Maricopa County Sheriff's Office

GL:kd

Attachment H

M403167

**PRESS HARD - YOU ARE MAKING 5 COPIES**
FOR BEST COPIES - REMOVE FROM BOOK AND WRITE ON A HARD SURFACE

## VICTIM REQUEST FOR, OR WAIVER OF, PRE-CONVICTION AND / OR PRE-ADJUDICATION RIGHTS

This form opts you in as a victim because there is probable cause that a crime has been committed against you.
Opting in does not mean you are "pressing charges."
Please keep this form for future reference regarding your case.

**1** <<FORM USE>>
[X] Initial Contact
[ ] Victim-Initiated Change(s)
[ ] By Phone/Mail
[X] In Person
DATE: 4/25/22

**2** <<CASE IDENTIFYING INFORMATION>>
REPORTING AGENCY: MARICOPA CO. S.O.   Phone #: 602 876 1000
Reporting Officer(s): G ROSARIO 1118   Complaint/Report/Citation #: IA22-0146
Location: LBJ   Report/Citation Date/Time: _____
Offense/Type of Crime: THREATS
[ ] Felony   [X] Misdemeanor   [ ] Petty Offense   [ ] Domestic Violence Issue

**3** <<ARREST / DETENTION STATUS>>

[X] SUSPECT NOT IN CUSTODY
[ ] UNKNOWN  [ ] KNOWN
___ ADULT
___ JUVENILE
SUSPECT #1 _____ DOB _____
SUSPECT #2 _____ DOB _____
If an arrest/detention in this case is made, you will be notified at the earliest opportunity. If you are not notified of an arrest/detention within 30 days, you may obtain case status information by calling the law enforcement agency indicated in Box 2 above.

[ ] SUSPECT CITED AND RELEASED / REFERRED
ADULT ___ JUVENILE ___
SUSPECT #1 _____
DOB _____
SUSPECT #2 _____
DOB _____
COURT _____
DATE: _____
TIME: _____
If a citation is issued, the accused may appear at any time prior to the date and time shown.

[ ] SUSPECT IN CUSTODY - ADULT
INITIAL APPEARANCE:
SUSPECT #1 _____
DOB _____

Victims' Assistance & Notification Unit
602-876-8276

CUSTODIAL AGENCY: _____
The adult suspect in custody will appear in court for an Initial Appearance within 24 hours of arrest.

[ ] SUSPECT IN CUSTODY - JUVENILE
DETENTION HEARING:
SUSPECT #1 _____
DOB _____

Juvenile Detention
602-506-2676

The juvenile suspect in custody will appear for a Detention Hearing at the county Juvenile Court or Detention Center within 24 hours of detention, but may be released at any time prior to this hearing.

**4** <<VICTIM OR VICTIM'S LAWFUL REPRESENTATIVE>>
A. Who was the crime or offense committed against?
Victim: WILLIAM ELLINGTON   Sex: [X] M [ ] F   Birth Date: 1/23/62
B. Lawful Representative: _____   Sex: [ ] M [ ] F   Birth Date: _____   Relationship to Victim: _____

If lawful representative, check (one) of the following which applies:
[ ] The victim has designated me as his/her lawful representative.
[ ] The victim is a legal entity (corporation, partnership or business).
[ ] The victim is a vulnerable adult & I am the legal guardian.
[ ] The victim is incapacitated or deceased and I am an immediate family member.
[ ] The victim is minor child and I am a parent, an immediate family member or legal guardian.

C. How can you be contacted?   What is your language preference? [ ] English [ ] Spanish [ ] _____
Name: WILLIAM ELLINGTON _____ Apt: _____
Mailing Address: _____
Home Address (if different): LOWER BUCKEYE JAIL _____ Apt: _____
City: _____ State: _____ Zip Code: _____
Telephone: (Primary) _____ (Alternate/Message) _____
Email: _____

D. [X] I REQUEST my rights in this case.   OR   [ ] I WAIVE (DECLINE) my rights in this case.
I understand that I must keep my mailing address and phone number current with the agency or court responsible for providing my rights. Failure to do so can mean that my rights are waived. I also understand in order to make any changes to the information supplied on this form, I must contact the appropriate agency or court.

(FOR REPORTING AGENCY USE ONLY)
[ ] REQUEST / WAIVER exception per A.R.S. § 13-4405(B) and § 8-386(B)

NOTES / COMMENTS:

Victim or Lawful Representative Signature / Date:
[X] SERVED